UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

6:24-cv-06115

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Aug 23, 2024
OFFICE OF THE CLERK

## PETITION TO ORDER EMERGENCY MEDICAL TREATMENT AND TO ORDER WELLPATH EMPLOYEE AND OMEGA UNIT EMPLOYEES TO STOP UNDERMINING THE GRIEVANCE PROCESS TO EXHAUST REMEDIES

Comes now Petitioner inmate Braylon Sisk ADC#134059 petition to order emergency medical treatment, and to order Wellpath employees, and Omega Unit employee to stop undermining Petitioner's grievance process to exhaust remedies.

(1.) Pursuant to Petitioner's First Amendment Rights to the United States Constitution, Petitioner request this honorable court for redress.

(2) Petitioner seeks emergency medical treatment because Petitioner suffers from a severe infectious tooth that have been in Petitioner's mouth since time of arrest, July 1, 2024. Petitioner have reason to believe the infection have gotten in his blood stream due to the [staff] look a like rashes that are visible on the Petitioner's body, swollen of Petitioner's neck glands, severe ear pain and severe headaches. Petitioner fears that without emergency medical treatment, Petitioner would be subjected to death or irreparable harm to the Petitioner's body. Note: Petitioner was denied access to medical records to present as a proffer exhibit.

(3.) Petitioner states that the Wellpath's employees DDS. Mr. Jines, R.N. Health Administrator Kelly Auspaungh, Health Care Provider Mr. Josh, and R.N. Ms. Hospkin have all been deliberate indifferent to Petitioner's need for medical treatment by the continuation of denying Petitioner's rights to medical treatment by neglecting and failing to extract the infectious tooth in question, and by failing to prescribe medication for the current present existing infection in Petitioner's oral mouth. See Exhibit A - R.N. Health Administrator Kelly Auspaungh, attached to Petitioner's petition.

(4.) Petitioner states the Omega Unit Administration Center Supervisor Mr. White, and CCC Treatment Counselor Christopher Laginja have undermining tactics to hinder Petitioner's grievance process to exhaust remedy.

The Omega Unit Administration doesn't allow the complaint forms and grievance forms to have reciepts for the Petitioner's record to prove that the Petitioner have file an complaint or grievance. See Exhibit B - Grievance Form; and Exhibit C - Complaint Form

Furthermore, CCC Treatment Counselor Christopher Laginja is the grievance and complaint form handler at the Omega Unit facility. Mr. Laginja conluded with R.N. Hospkin to destroy several of Petitioner's grievances that Petitioner can't prove exist, due to the Petitioner wasn't allowed to have a reciept to those grievances. Note: Waiting on the Freedom of Information Act request to be granted to get camera footage of R.N. Hospkin in possession of grivances that Petitioner haven't recieved back yet to present as a proffer Exhibit.

(5) Petitioner states that it is required by law that a prisoner must exhaust available administrative remedies, including any written grievance system before filing an action under 42 U.S.C. 1983 Lawsuit. However; the Omega Unit malicious undermining tactics to hinder the Petitioner's grievance process to exhaust remedies have caused the Petitioner tremendous delay to file an 1983 Lawsuit to seek emergency medical treatment and relief. Petitioner fear that he will face death or irrepairable harm to Petitioner's body before Petitioner get a chance to file the 1983 Lawsuit.

Wherefore; the Petitioner prays this honorable court grants a petition hearing about the above mentioned matters, and order emergency medical treatment for the Petitioner, and order Petitioner's exhaustion of remedies completed, due to the undermining tactics of the above mentioned grievance process at the Omega Unit.

Respectfully, Submitted
Pro Se Brayton Sisk #134059

Resident: Sisk, Braylon
ADC # 134059
Date: August 03, 2024

The "GRIEVANCE FORM FOR RESIDENTS" you submitted on 07/29/2024 was deemed not an emergency.

Complaints against a providers' decision is not a medical emergency.

You placed a sick call, and were seen by the Dr. Jines, DDS on 07/31/24 which was at his next clinic here at Omega. Dr. Jines reports he explained to you that "your situation is not life threatening, thus no referral." Dr. Jines is correct that we do not do routine extractions at this facility, we refer for extractions for any situation that poses a serious medical condition that could be life threatening.

Thank you,

*Kelly Aunspagh, RN*
Health Service Administrator
Wellpath-Omega


Exhibit A
R.N. Health Administrator Kelly Auspaugh

Arkansas Community Correction
## GRIEVANCE FORM FOR RESIDENTS

For ARO/Staff Use:

\# _____

Date Received (by ARO/Staff) _____

Name: _____  ACC Number: _____  Center: _____
Print Resident's Name

Housing Assignment _____  Job Assignment: _____

Have you discussed this problem with a counselor or the Residential Supervisor assigned to your housing area or the Shift Supervisor on duty or attempted an informal resolution by submitting the "Complaint Form for Residents"? ☐ YES  ☐ NO  ☐ N/A If so, attach that document or provide an explanation below. Note, if you are submitting a grievance about sexual abuse, or filing this as an emergency grievance, you are NOT required to discuss this with anyone beforehand and you are NOT required to first use the "Complaint Form for Residents." Also, if you are concerned that the normal submission method will result in an accused person seeing this, you may submit this to another staff member.

Describe the problem: _____

_____
_____
_____

How can this situation be resolved? _____

_____
_____
_____

_____     _____
Signature of Resident                                   Date

IS THIS AN EMERGENCY SITUATION?  ☐ YES   ☐ NO
An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.

IF YES, WHY? (PROVIDE EXPLANATION): _____

_____

If you marked YES, you may give this completed form to any officer or department employee, who will sign the attached Emergency Receipt, give you the Receipt, and deliver the form without undue delay to the Grievance Officer, ARO, Center Supervisor, or, in their absence, the Assistant Center Supervisor; however, if the grievance alleges a substantial risk of imminent sexual abuse, it must be immediately forwarded by the person receiving it or the Grievance Officer to the Center Supervisor, Deputy Director of Residential Services, and Internal Affairs Administrator.

REPRISALS: IF YOU ARE HARMED OR THREATENED BECAUSE OF YOUR USE OF THE GRIEVANCE FORM, REPORT IT IMMEDIATELY TO THE CENTER SUPERVISOR.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RECEIPT FOR EMERGENCY SITUATIONS (To be completed by the Receiving Officer or Employee)

Staff Name (Print): _____  From (Resident's Name): _____

Date: _____  Time: _____

_____
Signature of Receiving Staff Person

AD 15-08

Exhibit B
Grievance Form

## Arkansas Community Correction
## COMPLAINT FORM FOR RESIDENTS

_____   _____   _____
Resident Name                        ACC #                               Date

_____   _____
Unit Assignment                      Job Assignment

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

_____
_____
_____
_____
_____
_____
_____
_____

_____   _____
Signature of Resident                                                  Date

## RESPONSE BY STAFF OR MEDICAL

_____   _____   _____
Date Received                        Date Resident was Seen         Printed Name of Staff / Medical

Response / Action Taken:

_____
_____
_____
_____

## RESIDENT'S ASSESSMENT OF RESPONSE

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☐ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance).

_____
Resident's Signature

_____
Date Signed

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08 Form 1

*Exhibit C*
*Complaint Form*

Braylon A. Sisk #134059
ACC Omega Technical Violators Center
104 Walco Ln
Malvern, AR 72104-6793

Received WD/AR

AUG 22 2024

U.S. Clerk's Office



Originating from a Correctional Facility

Sherry Gilbertson
Pro Se Law Clerk
35 East Mountain Streets, Suite 510
Fayetteville, AR 72701

72701$5353 C005