IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRAYLON A. SISK, a/k/a Twin                                              PLAINTIFF

v.                              Case No. 6:24-cv-6115

MR. JOSH, *et al*.                                                        DEFENDANTS

## **ORDER**

      Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 32. Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 5) be dismissed without prejudice for failing to prosecute this matter and for failing to obey Orders of the Court. Plaintiff has not responded to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

      Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 32) in toto. Accordingly, Plaintiff's Amended Complaint (ECF No. 5) is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 28th day of October, 2025.

                                                                /s/ Susan O. Hickey
                                                                Susan O. Hickey
                                                                United States District Judge